In the Matter of the Application of the Metropolitan Elevated Railway Company, as to Acquiring Title to Real Estate.

In the Matter of Watson et al.

A decision of the General Term of the Supreme Court, rendered upon report of commissioners appointed to appraise lands in proceedings to acquire title thereto under the Rapid Transit Act (Chap. 606, Laws of 1875) is not reviewable in this court.

(Argued June 15, 1891; decided June 23, 1891.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made December 29, 1890, which affirmed an order of Special Term confirming the report of commissioners appointed under the Rapid Transit Act (Chap. 606, Laws of 1875).

The following is a *mem.* of opinion :

" I think that this court has no jurisdiction to review a decision of the Supreme Court rendered upon the appraisal and report of its commissioners.  It has been so held in proceedings to acquire property rights taken under the provisions

of the General Railroad Act of 1850, and so, by parity of reasoning, we must hold where the petitioner is incorporated and proceeds under what is commonly known as the Rapid Transit Act (Chap. 606, Laws of 1875). In the latter act the provisions respecting the acquisition of lands, *in invitum* the owner thereof, are similar as to the procedure to those prescribed in the act of 1850. However serious, therefore, the error of the commissioners may have been in the rejection of the proof relating to the prior adjudication in the equity action between these parties, there is no power in this court to review it upon an appeal from the order of confirmation.

"Appeal should be dismissed, with costs to the respondent."

*Edwin M. Felt* for appellant.

*Julien T. Davies* for respondent.

GRAY, J., reads for dismissal of appeal.
All concur.
Appeal dismissed.